UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
May 03 2023
ARTHUR JOHNSTON, CLERK

Daniel S Hinton                                    3/12/23
           vs     Administration of LCDC

3:23-cv-292-CWR-FKB

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 16 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

To Whom It May Concern

The Reason I Daniel S. Hinton, Am writing the letter is to Inform you All About the current situation Going on Here in Lauderdale Co. Jail, Meridian Ms. First and Foremost. Sgt. Casey Spears Has A problem doing her Job wen it comes to Anwsering Greviances in A Timely manner or Not Anwsering Them Period. Major McCarthy Same Thing I've been Try to get Ms Casey Spears To Noterize My Legal mail since the 7th of March. I told her it was Time senstive No Response. I've Been in this Jail since Sept. 2022 And I've only had lights in My cell Maybe 2 Days out a 15 cells only 3 or 4 has lights. I am writing in the Dark now. 8:35PM Sunday Night. No line of communcation to the outside world As Far As Telephone since The 9th of March. We only Get 15 mins of Yard call Maybe 1 but No more than twice A week. They Don't go by there own Hand Book. Say we can Spend 200 Really only $99.99. Spose to have 4 Boxers 4 towels 4 soxes only have 3.

And It I Need To have the Information on my Assigment stamped Noterized I will Need a extention. I made a copy so Just in case But sent you one if I do not

DANIEL SHANTE HINTON          PETITIONER
VERSUS                        Civil Action # 3:23-CV-2CWR-FKB
BILLIE SOLLIE                 RESPONDENT
                              Att. CARLTON W. REEVES
            ASSIGNMENT           F. KEITH BALL

I Daniel S. Hinton, Did go to A court Date. On January 25 2023, It was not A Trial Date. I did not get Information on Any Trial Date. My Lawyer only Informed me of A offer. 40 years That was the last and only Time I heard From Chris F. About my Court Appointed Lawyer. He gave me My Moition of Discovery. But Not A Copy of My Indictment. I Enclosed A copy of the Plea that was offered, By D.A Tommy Whitfeild April 4 2023 is my Next Court date, Plea Bargain

                              Daniel Hinton

DATE: 3/12/23