IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DANIEL SHANTE HINTON                                                                    PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 3:23-cv-292-CWR-FKB

SHERIFF BILLIE SOLLIE                                                                  DEFENDANT

FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date and incorporated herein by reference,

IT IS, THEREFORE, ORDERED AND ADJUDGED that, this civil action is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED**, this the 21st day of August, 2023.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE